Form B18_7 (Official Form 18)(9/97)

# United States Bankruptcy Court

## District of Colorado
Case No. <u>04–21213–MER</u>
**Chapter 7**

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan Bautista Botero<br>aka(s), if any will be listed on the last page.<br>2346 S. Eldridge Ct.<br>Lakewood, CO 80228–4828 | Lizabeth Botero<br>aka(s), if any will be listed on the last page.<br>2346 S. Eldridge Ct.<br>Lakewood, CO 80228–4828 |

Social Security No.:
  xxx–xx–4834                                                           xxx–xx–4723

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(s)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

*BY THE COURT*

*Dated:* <u>9/8/04</u>                                                                         <u>Michael E. Romero</u>
                                                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

ods Botero, Nichols & Cohen, Inc.

**Joint Debtor aka(s):**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1            User: admin               Page 1 of 1                Date Rcvd: Sep 08, 2004
Case: 04-21213                  Form ID: 177              Total Served: 25

The following entities were served by first class mail on Sep 10, 2004.
 db          Juan Bautista Botero,    2346 S. Eldridge Ct.,   Lakewood, CO  80228-4828
 db          Lizabeth Botero,    2346 S. Eldridge Ct.,   Lakewood, CO  80228-4828
 aty        +Bruce Joss,   PO Box 55,    Louisville, CO 80027-0055
 aty         John A. Meininger,    11990 Grant St.,   Ste. 200,   Northglenn, CO  80233-1135
 tr         +Jeffrey A. Weinman,    730 17th St.,   Ste. 240,   Denver, CO 80202-3506
 7174473     AT&T Universal Card,    PO Box 6910,   The Lakes, NV  88901-6910
 7174472     Alternative Revenue Systems,    Re:  BP Connect,    14707 E 2nd Ave Ste 260,    Aurora, CO  80011-8914
 7174474     Colorado Translators Association,    32 Artesian Dr.,    PO Box 295,
              Eldorado Springs, CO  80025-0295
 7174475     Colorline,   830 Kipling St,    Lakewood, CO  80215-5899
 7174476     Credit Collection Services,    Re: Progressive Insurance,    2 Wells Ave,   Newton, MA  02459-3208
 7174477     Daniel Hue,   91-160 Puaina Pl,    Ewa Beach, HI  96706-1860
 7174478     Exempla Healthcare,    8300 W 38th Ave,   Wheat Ridge, CO  80033-6005
 7174479     Federal Express,    PO Box 1140,   Memphis, TN  38101-1140
 7174481     GMAC,    PO Box 12699,   Glendale, AZ  85318-2699
 7174480     Global Career Management,    5660 Greenwood Plaza Blvd,    Greenwood Village, CO  80111-2416
 7174482     Grand Timber Lodge,    100 S. Main St.,    PO Box 6879,   Breckenridge, CO  80424-6879
 7174483     Grand Timber Lodge Owner's Assoc.,    PO Box 568,   Breckenridge, CO  80424-0568
 7174484     Heritage Bank,    3850 York St,   Denver, CO  80205-3540
 7174485    +Joyco Multimedia,    8795 Ralston Rd, #113,    Arvada, CO 80002-2353
 7232007    +Mylene Vialard,    POB 295,   32 Artesian Dr.,    Eldorado Springs, C0  80025-0295
 7174486     Rocky Mountain Recorders,    1250 W Cedar Ave,    Denver, CO  80223-1728
 7174487     Rodrigo Botero,    992 Memorial Dr,   Cambridge, MA  02138-4872
 7174488    +SR Rental,    11225 Morrison St Apt # 321,    North Hollywood, CA 91601-5360
 7174489     Timothy S. Gibson, Esq.,    1017 S Gaylord St,    Denver, CO  80209-4683
 7174490     Verizon Wireless,    P.O. BOX 4001,   Inglewood, CA  90313-0001

The following entities were served by electronic transmission on Sep 09, 2004 and receipt of the transmission
was confirmed on:
 7174473     EDI: CITICORP.COM Sep 09 2004 09:40:00      AT&T Universal Card,    PO Box 6910,
              The Lakes, NV  88901-6910
 7174490     EDI: AFNIVZWIRE.COM Sep 09 2004 09:40:00      Verizon Wireless,    P.O. BOX 4001,
              Inglewood, CA  90313-0001
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr          Heritage Bank
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2004**                    **Signature:** *Joseph Speetjens*